**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

CITY CAPITAL MARKETS CORPORATION,

        Plaintiff,

v.                                   CIVIL ACTION NO.  2:10-cv-00116

MCCALLA RAYMER LLC, and,
MARK L. WILHELMI, P.C.

        Defendants.

**JUDGMENT ORDER**

In accord with its Memorandum Opinion entered March 30, 2011, the Court **GRANTS** the

defendants' motions to dismiss for lack of personal jurisdiction.  This action is hereby **DISMISSED**

without prejudice and **STRICKEN** from the Court's active docket.

        **IT IS SO ORDERED**.

In the Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any

unrepresented party.

                       ENTER:      March 31, 2011

                       THOMAS E. JOHNSTON
                       UNITED STATES DISTRICT JUDGE